JUDGE JOHNSTON
MAGISTRATE JUDGE SCHNEIDER

FILED
1/22/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS C. ROLLINS | No. [ ]  **26CR50003**<br><br>Violation: Title 15, United States Code, Section 1<br><br>**INFORMATION** |

The UNITED STATES charges:

Beginning at least as early as 2015 and continuing through at least 2022, the exact dates being unknown to the United States, at Rockford, Illinois, in the Northern District of Illinois and elsewhere,

THOMAS C. ROLLINS,

defendant herein, along with Individual 1, Individual 2, Company 2, Company 3, Individual 3, Company 4, and other persons and entities known and unknown, knowingly entered into and engaged in a continuing conspiracy, agreement, understanding, and concert of action to suppress and eliminate competition by rigging bids for goods and services procured by the Defense Logistics Agency under Maintenance, Repair, and Operations contracts. The conspiracy engaged in by the defendant and his co-conspirators was a *per se* unlawful, and thus unreasonable, restraint of interstate trade and commerce, and was within the flow of and substantially affected the same.

In violation of Title 15, United States Code, Section 1.

ABIGAIL SLATER
Assistant Attorney General

_____
Mona Haar
Trial Attorney
U.S. Department of Justice
Antitrust Division
Washington Criminal Section

Elizabeth French
Jonathan Pomeranz
David Bernhardt
Trial Attorneys
Antitrust Division

2